

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
### EL PASO

FABIAN DOUGLAS CASTANEDA,     )

        )       No. 08-12-00167-CR

       Appellant,      )

        )     Appeal from the 83rd District

vs.        )

        )     Court of Pecos County, Texas

THE STATE OF TEXAS,       )

        )     (TC#P-2377-83-CR)

       State.      )

        )

## O R D E R

The Appellant's brief in the above styled and numbered cause was due March 15, 2013, the Court having granted an extension, on its own motion, until such date. However, as of this date no brief or motion for extension of time has been filed.

It is therefore ORDERED that the trial judge conduct a hearing to determine whether appellant desires to prosecute his appeal, whether the appellant has been deprived of effective assistance of counsel, and to make appropriate findings and recommendations. The trial judge shall take such measures as may be necessary to assure effective assistance of counsel, which may include appointment of new counsel. The record of such hearing, including any orders and findings of the trial judge, shall be certified and forwarded to this office on or before May 17, 2013.

IT IS SO ORDERED this 17th day of April, 2013.


PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.